# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 4:09CR3115 |
| Plaintiff, ) | |
| vs. ) | DETENTION ORDER |
| LAMONT GILLHAM, ) | PETITION FOR ACTION ON CONDITIONS OF SUPERVISED RELEASE |
| Defendant. ) | |

Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order, because:

    X          At the present time, there are no alternative placement options available for the defendant.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:
<u>Defendant poses a risk of re-offending, and the defendant needs additional ttime to locate a potential treatment option that will sufficiently ameliorate that risk.</u>

**IT HEREBY IS FURTHER ORDERED:**

The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED: September 13, 2011        BY THE COURT:

                                                       *s/Cheryl R. Zwart*
                                                       Cheryl R. Zwart
                                                       United States Magistrate Judge