# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:09CR3115 |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | **ORDER** |
| LAMONT GILLHAM, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Motion for Temporary Release From Custody to permit an inpatient screening interview, filing 61. Being fully advised in the premises, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from federal custody at the U.S. Marshal's Lincoln office on September 23, 2011, no later than 9:15 a.m. so that he may participate in an inpatient screening interview at Williams Prepared Place in Omaha, NE. Mr. Gillham shall be released to a staff member of the Federal Public Defender's office for transportation directly to said interview. He shall be returned to the custody of the United States Marshal immediately thereafter by the FPD staff member.

DATED this 19th day of September, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
The Honorable Cheryl Zwart
United States Magistrate Judge