# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3115 |
| v. | ) | MEMORANDUM AND ORDER |
| LAMONT GILLHAM, | ) | |
| Defendant. | ) | |

Defendant's supervising officer has advised the court that the defendant is intoxicated and, as a result of that conduct, has been released and discharged from William's Prepared Place. In accordance with the court's prior order, (filing no. 67),

IT IS ORDERED that the United States Marshal is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

DATED this 8th day of November, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge